UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMY LEAH CHAFFIN,<br>Plaintiff,<br>v.<br><br>OUTBACK STEAKHOUSE OF<br>FLORIDA LLC,<br>Defendant. | Civil Action<br>File No.:   5:21-cv-00267 |

## ORDER GRANTING JOINT MOTION TO REOPEN AND EXTEND DISCOVERY

This Court, having reviewed the parties' motion, does hereby grant it for good cause shown. Discovery is reopened and extended through December 7, 2022. All other deadlines, including but not limited to those for dispositive and Daubert motions, are also hereby extended.

So ordered, this 13 day of September, 2022.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT